868 P.2d 318

**Ralph A. MELANCON, Jr., and Kristine Nord Melancon, husband and wife, Plaintiffs/Appellees/Cross–Appellants,**

v.

**USAA CASUALTY INSURANCE COMPANY, a Texas corporation, Defendant/Appellant/Cross–Appellee.**

**No. CV–92–0376–PR.**

Supreme Court of Arizona.

Jan. 18, 1994.

## ORDER

Review was granted on May 4, 1993, and the case was argued to the Court on January 13, 1994.

Having heard argument, and reviewed the record, briefs, and memoranda, the Court concludes that review was improvidently granted. Therefore,

IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the petition for review is denied.

FELDMAN, C.J., and Zlaket, J., dissent from this order.

868 P.2d 318

**RE: Louis B. MOSS/Kenneth McElwain**

v.

**Hon Michael IRWIN–La Paz Co Sup Ct/Steven P. Suskin.**

**No. CV–93–0327–PR.**

Supreme Court of Arizona.

Feb. 2, 1994.

FURTHER ORDERED: Petition for Review by the Supreme Court Denied.